# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

═══════════════
## NO. 03-06-00052-CV
## NO. 03-06-00053-CV
═══════════════

**In re Gillespie County**

**&**

**In re Texas Department of Transportation**

═══════════════════════════════════════════════════════════
### ORIGINAL PROCEEDINGS FROM TRAVIS COUNTY
═══════════════════════════════════════════════════════════

## M E M O R A N D U M   O P I N I O N

Relators contend the trial court abused its discretion in declining to transfer venue in this cause from Travis County to Gillespie County. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* Tex. R. Civ. P. 86, 87; Tex. R. App. P. 52.8. Accordingly, we deny relators' petitions for writ of mandamus.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Filed:   March 14, 2006

Do Not Publish